AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT  ☒ INFORMATION  ☐ INDICTMENT  ☐ SUPERSEDING

**Name of District Court, and/or Judge/Magistrate Location**
NORTHERN DISTRICT OF CALIFORNIA

---

### OFFENSE CHARGED

18 U.S.C. § 13, ass. Cal. Veh. Code § 12500(a) (Unlicensed driver); 36 C.F.R. § 4.14(b) (Open container); 36 C.F.R. § 2.35(a)(2)(ii) (Possess alcohol under 21)

☐ Petty
☐ Minor
☒ Misdemeanor
☐ Felony

**PENALTY:**

Maximum Prison Term 6 months
Maximum Fine $5,000
Mandatory Special Assessment $10

E-filing

---

**DEFENDANT - U.S.**

▶ ABRAN CHAVEZ-DIAZ

**DISTRICT COURT NUMBER**

CR 08      0066

---

### PROCEEDING

Name of Complaintant Agency, or Person (&Title, if any)

Park Rangers, National Park Service, Department of the Interior

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
  ☐ U.S. Att'y  ☐ Defense

SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under ▶

MAGISTRATE CASE NO.

Name and Office of Person Furnishing Information on THIS FORM: Joseph P. Russoniello
☒ U.S. Att'y  ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned): Wendy Thomas

---

### DEFENDANT

**IS NOT IN CUSTODY**

1) ☒ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ▶ 11/30/2007

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**

4) ☐ On this charge

5) ☐ On another conviction

6) ☐ Awaiting trial on other charges   ☐ Fed'l  ☐ State

If answer to (6) is "Yes", show name of institution

Has detainer been filed?  ☐ Yes  ☐ No    If "Yes" give date filed

**DATE OF ARREST** ▶ Month/Day/Year  11/30/2007

Or... if Arresting Agency & Warrant were not

**DATE TRANSFERRED TO U.S. CUSTODY** ▶  Month/Day/Year

☐ This report amends AO 257 previously submitted

---

### ADDITIONAL INFORMATION OR COMMENTS

**PROCESS:**

☐ SUMMONS  ☒ NO PROCESS*  ☐ WARRANT   Bail Amount:

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Defendant Address:
1065 Rubicon Way
Santa Rosa, CA 95404

Date/Time:

Before Judge:

Comments:

JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

FILED
FEB -8 AM 10: 36

E-filing

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ABRAN CHAVEZ-DIAZ, ) <br> ) <br> Defendant. ) <br> ) <br> ) <br> ) <br> _____ ) | CR 08 - 0066 <br><br> VIOLATIONS: Title 18, United States Code, Section 13, assimilating California Vehicle Code, Section 12500(a), Driving Without a License (Class B Misdemeanor); Title 36, Code of Federal Regulations, Section 4.14(b) – Possessing an Open Container of Alcohol (Class B Misdemeanor); Title 36, Code of Federal Regulations, Section 2.35(a)(2)(ii) – Possession of Alcohol by a Person Under 21 (Class B Misdemeanor) <br><br> SAN FRANCISCO VENUE |

INFORMATION

The United States Attorney charges:

COUNT ONE: Title 18, United States Code, Section 13, assimilating California Vehicle Code, Section 12500(a), Driving Without a License

On or about November 30, 2007, in the Northern District of California, within the boundaries of the Golden Gate National Recreational Area, the defendant,

ABRAN CHAVEZ-DIAZ,

drove a motor vehicle upon a highway without holding a valid driver's license issued under the California Vehicle Code, and was not expressly exempted under the California Vehicle Code, in

INFORMATION

violation of Title 18, United States Code, Section 13, assimilating California Vehicle Code section 12500(a), Driving Without a License, a Class B Misdemeanor.

COUNT TWO: Title 36, Code of Federal Regulations, Section 4.14(b), Possessing an Open Container of Alcohol

On or about November 30, 2007, in the Northern District of California, within the boundaries of the Golden Gate National Recreational Area, the defendant,

ABRAN CHAVEZ-DIAZ,

carried and stored in his motor vehicle a bottle containing an alcoholic beverage that was open, in violation of Title 36, Code of Federal Regulations, Section 4.14(b) – Possessing an Open Container of Alcohol, a Class B Misdemeanor.

COUNT THREE: Title 36, Code of Federal Regulations, Section 2.35(a)(2)(ii) – Possession of Alcohol by a Person Under 21

On or about November 30, 2007, in the Northern District of California, within the boundaries of the Golden Gate National Recreational Area, the defendant,

ABRAN CHAVEZ-DIAZ,

possessed an alcoholic beverage prior to reaching the age of twenty-one, in violation of Title 36, Code of Federal Regulations, Section 2.35(a)(2)(ii) – Possession of Alcohol by a Person Under 21, a Class B Misdemeanor.

DATED: 2/6/2008

JOSEPH P. RUSSONIELLO
United States Attorney

KYLE F. WALDINGER
Deputy Chief, Major Crimes Section

(Approved as to form: 
WENDY THOMAS
Special Assistant United States Attorney

INFORMATION