JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

WENDY THOMAS (NYBN 4315420)
Special Assistant United States Attorney

   450 Golden Gate Avenue, 11th Floor
San Francisco, California 94102
Telephone:      (415) 436-6809
Fax:     (415) 436-7234
Email: wendy.thomas@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>ABRAN CHAVEZ-DIAZ,<br><br>    Defendant. | Case No. CR 08-0066 MAG<br><br>**MOTION FOR SUMMONS** |

   Based on the facts set forth in the Declaration of Donald Magilligan in Support of the United States' Motion for Summons, the United States hereby requests that the Court issue a summons for defendant Abran Chavez-Diaz, 1065 Rubicon Way, Santa Rosa, California 95404. The facts set forth in the Declaration demonstrate that probable cause exists to summon the defendant to answer the Information that has been filed by the United States Attorney.

                     Respectfully submitted,

                     JOSEPH P. RUSSONIELLO
                     United States Attorney

Dated: _2/15/08_____         _____/s/_____
                     WENDY THOMAS
                     Special Assistant United States Attorney