1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney
2
3
4
5
6
7
8                       UNITED STATES DISTRICT COURT
9                      NORTHERN DISTRICT OF CALIFORNIA
10                           SAN FRANCISCO DIVISION

11  UNITED STATES OF AMERICA,        )    Case No. CR 08-0066 MAG
                                     )
12         Plaintiff,                )
                                     )
13     v.                            )    **[PROPOSED] ORDER FOR SUMMONS**
                                     )
14  ABRAN CHAVEZ-DIAZ,               )
                                     )
15         Defendant.                )
                                     )
16  _____)

17
    Having reviewed the Declaration of Donald Magilligan, the Court finds that probable cause
18
    exists to believe that an offense has been committed.  Accordingly, pursuant to Fed. R. Crim. P.
19
    58(d)(3), the Clerk of the Court is directed to issue a Summons directing the defendant, Abran
20
    Chavez-Diaz, 1065 Rubicon Way, Santa Rosa, California 95404, to appear on March 13, 2008 at
21
    9:00 a.m. before Magistrate Judge Joseph C. Spero to answer the Information that has been filed
22
    by the United States Attorney.
23
24
       IT IS SO ORDERED.
25

26  Dated: _____        _____
                                      MARIA-ELENA JAMES
27                                    United States Magistrate Judge
28

ORDER FOR SUMMONS
Case No. CR 08-0066 MAG