JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

**FILED**

FEB 1 9 2008

RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT,
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. CR 08-0066 MAG |
| Plaintiff, ) | |
| v. ) | [PROPOSED] ORDER FOR SUMMONS |
| ABRAN CHAVEZ-DIAZ, ) | |
| Defendant. ) | |

Having reviewed the Declaration of Donald Magilligan, the Court finds that probable cause exists to believe that an offense has been committed. Accordingly, pursuant to Fed. R. Crim. P. 58(d)(3), the Clerk of the Court is directed to issue a Summons directing the defendant, Abran Chavez-Diaz, 1065 Rubicon Way, Santa Rosa, California 95404, to appear on March 13, 2008 at 9:00 a.m. before Magistrate Judge Joseph C. Spero to answer the Information that has been filed by the United States Attorney.

IT IS SO ORDERED.

Dated: 2-19-08

MARIA-ELENA JAMES
United States Magistrate Judge

ORDER FOR SUMMONS
Case No. CR 08-0066 MAG