FILED

2008 MAR 24  AM 10: 30

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA.

1   JOSEPH P. RUSSONIELLO (CABN 44332)
    United States Attorney
2

3

4

5

6

7

8              UNITED STATES DISTRICT COURT

9            NORTHERN DISTRICT OF CALIFORNIA

10               SAN FRANCISCO DIVISION

11  UNITED STATES OF AMERICA,          )   Case No. CR 08-0066 MAG
                                       )
12          Plaintiff,                 )
                                       )
13      v.                             )   [PROPOSED] ORDER FOR SUMMONS
                                       )
14  ABRAN CHAVEZ-DIAZ,                 )
                                       )
15          Defendant.                 )
                                       )
16  _____ )

17

18      Having reviewed the Declaration of Donald Magilligan, the Court finds that probable cause

    exists to believe that an offense has been committed.  Accordingly, pursuant to Fed. R. Crim. P.
19
    58(d)(3), the Clerk of the Court is directed to issue a Summons directing the defendant, Abran
20
    Chavez-Diaz, 1065 Rubicon Way, Santa Rosa, California 95404, to appear on April 17, 2008 at
21
    9:30 a.m. before Magistrate Judge James Larson to answer the Information that has been filed by
22
    the United States Attorney.
23

24      IT IS SO ORDERED.
25

26  Dated: _March 24, 2008_____

27                                              Judge Joseph C. Spero

28

    ORDER FOR SUMMONS
    Case No. CR 08-0066 MAG